U.S. District Court for the Northern District of Illinois
Attorney Appearance Form

---

In re    Case Number: 15-03595

JUWANNA D WALTON

    DEBTOR

An appearance is hereby filed by the undersigned as attorney for:

Wells Fargo Bank, N.A.

Attorney name (type or print):  Richard B Aronow

Firm: Shapiro Kreisman & Associates, LLC

Street Address: 2121 Waukegan Road, Suite 301

City/State/Zip: Bannockburn/IL/60015

Bar ID Number: 03123969　　　　　　　　　Telephone Number: (847) 291-1717
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.　　☐ Retained Counsel
　　　　　　　　　　　　　　　　　　　　　　　☐ Appointed Counsel
　　　　　　　　　　　　　　　　　　　　　　　If appointed counsel, are you
　　　　　　　　　　　　　　　　　　　　　　　☐ Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing if this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that that foregoing is true and correct.  Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement under oath.

Executed on January 30, 2019

Attorney signature:  /s/ Richard B. Aronow
　　　　　　　　　　(Use electronic signature if the appearance form is filed electronically.)

1